UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EJEME JOYCE AIRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY O. EGBASE, et al.,<br><br>　　　　Defendants. | NO. CV 25-03980-SVW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the post-judgment Motions that were referred to the assigned United States Magistrate Judge, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections thereto, and all records herein. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the above-referenced post-judgment Motions (dkt. nos. 45, 46, 47, 49, 50, 53, 54, 57, 60, 61) are **DENIED**.

　　　The Court further orders that future filings in this closed proceeding will not be permitted without leave of court.

　　　IT IS SO ORDERED.

DATED: November 6, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE